UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JOHN M. LOWERY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Hon. Christopher A. Hart, Chairman, NATIONAL TRANSPORTATION SAFETY BOARD; and Loretta E. Lynch, Attorney General, UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　Defendants. | CIV. NO. 2:15-1590 WBS CKD<br><br>ORDER |

----oo0oo----

　　　　Pursuant to the stipulation of the parties (Docket No. 14) and good cause appearing, IT IS HEREBY ORDERED that:

　　　　(1)　Plaintiff is granted leave to file a First Amended Complaint within fourteen (14) days of this Order and must file it separately on the court docket;

　　　　(2)　Defendants shall file a response to the First Amendment Complaint within twenty-one (21) days of

1

1 receiving written notice from plaintiff that the
2 First Amended Complaint has been filed;
3     (3) Defendants' Motion to Dismiss (Docket No. 10) is
4 withdrawn without prejudice to being refiled at a
5 later date consistent with this Order;
6     (4) The November 30, 2015 hearing date on defendants'
7 Motion to Dismiss is taken off calendar;
8     (5) The Status Conference which is currently scheduled
9 for January 4, 2016 at 2:00 p.m. (Docket No. 11)
10 shall be continued to **February 1, 2016 at 1:30**
11 **p.m.** in Courtroom 5 (WBS) before Senior Judge
12 William B. Shubb; and
13     (6) The time in which the parties are to file their
14 Joint Status Report is hereby extended from
15 December 21, 2015 to **January 19, 2016** pursuant to
16 the court's "Order Re: Status (Pretrial
17 Scheduling) Conference" filed July 24, 2015
18 (Docket No. 5).
19 IT IS SO ORDERED.
20 Dated:  November 25, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2