UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JOHN M. LOWERY,<br><br>        Plaintiff,<br><br>   v.<br><br>Hon. Christopher A. Hart, Chairman, NATIONAL TRANSPORTATION SAFETY BOARD; And Loretta E. Lynch, Attorney General, UNITED STATES DEPARTMENT OF JUSTICE<br><br>        Defendants. | CIV. NO. 2:15-01590 WBS DB<br><br><u>ORDER RE: REQUEST TO SEAL</u> |

----oo0oo----

          Plaintiff John M. Lowery brought this action against the Chairman of the National Transportation Safety Board and the Attorney General of the United States Department of Justice asserting violations of the Freedom of Information Act, 5 U.S.C. § 552.  Presently before the court is defendants' request to seal in connection with their motion for summary judgment.  (Docket No. 34.)

1

1            Defendants move to seal the Cunningham Declaration,
2   Docket Number 32-3, on the ground that defendants inadvertently
3   included unredacted copies of documents containing plaintiff's
4   identifying information.  Defendants have submitted a redacted
5   version of the declaration.  (Docket No. 33.)  The only redacted
6   information is plaintiff's date of birth and Social Security
7   number in Exhibits 9, 12, and 21.  (Id. Exs. 9, 12, 21.)
8            While a party seeking to seal a judicial record bears
9   the burden of overcoming a strong presumption in favor of public
10  access, defendants meet this presumption here.  Kamakana v. City
11  & County of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006).  Local
12  Rule 140 permits parties to seal Social Security numbers and
13  dates of birth.  E.D. Cal. L.R. 140(a)(iii)-(iv).  This
14  information is not relevant to the dispute, so the public does
15  not have an interest in this information.  The parties have an
16  interest in keeping this information private and defendants
17  submitted a redacted declaration.  Accordingly, the court will
18  grant defendant's motion to seal Docket Number 32-3.
19           IT IS THEREFORE ORDERED that defendants' request to
20  seal the Cunningham Declaration at Docket Number 32-3 be, and the
21  same hereby is, GRANTED.
22  Dated:  October 13, 2016

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE