MICHAEL J. HARRINGTON (SBN 144737)
LAW OFFICES OF MICHAEL J. HARRINGTON
430 D Street
Davis, CA 95616
Tel.  (530) 759-8440
Fax  (530) 759-8476
Email: michael@mikeharringtonlaw.com

Attorneys for JOHN M. LOWERY,
Plaintiff

# THE UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. LOWERY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Hon. Christopher A. Hart, Chairman, NATIONAL TRANSPORTATION SAFETY BOARD;<br>And Loretta E. Lynch, Attorney General, UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendants. | CASE NO. 2:15-cv-01590-WBS-DB<br><br>**ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER** |

　　　　Pursuant to the stipulation of the parties and good cause appearing,

　　　　IT IS ORDERED that the Status (Pretrial Scheduling) Order dated April 20, 2016 (ECF No. 30), is modified as follows:

　　　　1.　　The depositions of George Anderson and Frank Gattolin for preservation of evidence shall be completed no later than February 22, 2017.  Any motion relating to such discovery must be noticed on the magistrate judge's hearing calendar in accordance with the

local rules of this court and so that such motions may be heard not later than February 22, 2017. No other discovery will be undertaken by any party.

     2.     The remaining briefing schedule for the parties' cross-motions for summary judgment is revised as follows:  (1) plaintiff shall file his opposition to defendants' motion and his cross-motion for summary judgment no later than March 23, 2017; (2) defendants shall file their reply in support of their motion and opposition to plaintiff's cross-motion no later than April 25, 2017; and (3) plaintiff shall file his reply in support of his cross-motion no later than May 16, 2017.  Oral argument on the cross-motions for summary judgment is set on <u>June 12, 2017 at 1:30 p.m.</u>, before the Hon. William B. Shubb in Courtroom No. 5.

Dated:  December 9, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE